

## COURT OF APPEALS
## EIGHTH DISTRICT OF TEXAS
## EL PASO, TEXAS

|  |  |  |
|---|---|---|
| EL PASO COUNTY HOSPITAL DISTRICT D/B/A UNIVERSITY MEDICAL CENTER OF EL PASO AND UMC OF EL PASO, | § § § | No. 08-15-00153-CV<br><br>Appeal from the<br><br>327th District Court |
| APPELLANTS, | § | of El Paso County, Texas |
| V. | § | (TC# 2012DCV06654) |
| NOEMI E. CHAVEZ, | § |  |
| APPELLEE. |  |  |

## <u>MEMORANDUM OPINION</u>

Pending before the Court is a motion filed by Appellants, El Paso County Hospital District d/b/a University Medical Center of El Paso and UMC of El Paso, to dismiss the appeal because the parties have resolved the dispute between them. *See* Tex.R.App.P. 42.1(a)(1). We grant the motion and dismiss the appeal. Costs of the appeal are taxed against the party incurring same. *See* Tex.R.App.P. 42.1(d).

July 10, 2015

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.